# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Florida - Jacksonville Division

**In the Matter of:**

Roger Lee Alderman
Melissa Dianne Alderman

**Debtor(s)**

Case No. 3:07-bk-03637

Chapter 7

## RULE 1019(5) FINAL REPORT AND SCHEDULE OF POSTPETITION DEBTS

1. Debtor(s), Roger Lee Alderman and Melissa Dianne Alderman, commenced this case on August 27, 2007 ,, and have converted this case to one under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. Debtor's schedule of unpaid debts incurred after the commencement of the case are as follows:

see attached amended schedules

3. Debtor(s) schedule of property acquired after the filing of the petition is as follows:

see attached amended schedules

4. Debtor(s) schedule of executory contracts and unexpired leases entered into after the filing of the petition is as follows:

see attached amended schedules


September 23, 2009         /s/ Roger Lee Alderman


September 23, 2009         /s/ Melissa Dianne Alderman

Respectfully submitted,


/s/ Michael D. Bruckman, Esq. #0074410
*Attorney for Debtor*:
Michael D. Bruckman, P.A. - Ocala
1515 E. Silver Springs Blvd., #100
Ocala, FL 34470
352-622-3525
Fax - (352) 622-4181

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida - Jacksonville Division

In re  Roger Lee Alderman,  
Melissa Dianne Alderman  
                                        Debtors

Case No _____

Chapter _____7_____

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 140,000.00 | | |
| B - Personal Property | Yes | 5 | 4,128.52 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 147,587.71 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 915.24 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 35,546.07 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,944.30 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,319.42 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| | | Total Assets | 144,128.52 | | |
| | | | Total Liabilities | 184,049.02 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Florida - Jacksonville Division

In re   **Roger Lee Alderman,**
        **Melissa Dianne Alderman**
                                                                Debtors

Case No _____

Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U S C § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 915.24 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 915.24 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,944.30 |
| Average Expenses (from Schedule J, Line 18) | 2,319.42 |
| Current Monthly Income (from Form 22A Line 12; OR Form 22B Line 11; OR, Form 22C Line 20 ) | 3,907.43 |

**State the following:**

| | | |
|---|---|---|
| 1 Total from Schedule D "UNSECURED PORTION, IF ANY" column | | 20,264.11 |
| 2 Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 915.24 | |
| 3 Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4 Total from Schedule F | | 35,546.07 |
| 5 Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 55,810.18 |

B6B (Official Form 6B) (12/07)

In re    **Roger Lee Alderman,**                                                    Case No. _____
       **Melissa Dianne Alderman**

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property"
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | Suntrust<br>203 E. Silver Springs Blvd<br>Ocala, FL 34470<br>#0072001759922<br>savings - 40.15<br>checking - 349.77 | J | 389.92 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment | | security system | J | 323.60 |

                                                                            Sub-Total >      **713.52**
                                                                     (Total of this page)

__4__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Roger Lee Alderman,**             Case No _____
      **Melissa Dianne Alderman**

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| | | | LIVING ROOM<br>SOFA/COUCHES - 50<br>CHAIRS - 2- 50<br>END TABLES - 5<br>STEREO - 45<br>KITCHEN<br>DISHES/GLASSES - 20<br>POTS/PANS - 22<br>MICROWAVE - 50<br>TOASTER - 50<br>REFRIGERATOR - 50<br>FREEZER - 150<br>COFFEE MAKER - 5<br>STOVE - 40<br>BLENDER - 5<br>FORMAL DINING<br>TABLE - 200<br>CHAIRS - 6 - 300<br>CHINA CABINET/HUTCH - 75<br>BEDROOMS<br>BEDS - 3 - 30<br>CHEST OF DRAWERS - 3 - 45<br>NIGHT TABLE - 2 -3<br>LAMPS - 2 - 40<br>SPARE ROOMS<br>WASHER - 50<br>DRYER - 50<br>TOOLS/YARD EQUIP<br>LAWNMOWER - 50<br>GRILL - 100<br>MISCELLANEOUS<br>SEWING MACHINE - 50 | J | 1,535.00 |
| 5 | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | kid's books, family pictures | J | 30.00 |
| 6 | Wearing apparel | | misc clothing | J | 150.00 |
| 7 | Furs and jewelry | X | | | |
| 8 | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9 | Interests in insurance policies Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

                                                                                                            Sub-Total >      **1,715.00**
                                                                                                                (Total of this page)

Sheet \_\_**1**\_\_ of \_\_**4**\_\_ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Roger Lee Alderman,**                      Case No _____
       **Melissa Dianne Alderman**

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C § 530(b)(1) or under a qualified State tuition plan as defined in 26 U S C § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U S C § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Roger Lee Alderman,**  
**Melissa Dianne Alderman**  
Debtors

Case No. _____

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 21 | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims Give estimated value of each | X | | | |
| 22 | Patents, copyrights, and other intellectual property Give particulars | X | | | |
| 23 | Licenses, franchises, and other general intangibles Give particulars | X | | | |
| 24 | Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family or household purposes | X | | | |
| 25 | Automobiles, trucks, trailers, and other vehicles and accessories | | **1998 Pontiac Transport, does not run** | J | 0.00 |
| | | | **1999 Saturn Wagon** | W | 500.00 |
| 26 | Boats, motors, and accessories | X | | | |
| 27 | Aircraft and accessories | X | | | |
| 28 | Office equipment, furnishings, and supplies | | **desktop computer** | J | 500.00 |
| | | | **2 desks**<br>**computer**<br>**2 printers** | J | 500.00 |
| 29 | Machinery, fixtures, equipment, and supplies used in business | X | | | |
| 30 | Inventory | X | | | |
| 31 | Animals | | **1 daschund** | J | 200.00 |
| 32 | Crops - growing or harvested Give particulars | X | | | |
| 33 | Farming equipment and implements | X | | | |

Sub-Total > **1,700.00**  
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached  
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Roger Lee Alderman,**　　　　　　　　　　　　　　　　　　　　　　Case No _____
　　　　**Melissa Dianne Alderman**
　　　　_____,
　　　　　　　　　　　　　　Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34  Farm supplies, chemicals, and feed | X | | | |
| 35  Other personal property of any kind not already listed. Itemize | X | | | |

|  | Sub-Total > (Total of this page) | 0.00 |
|---|---|---|
| Sheet  4  of  4  continuation sheets attached to the Schedule of Personal Property | Total > | **4,128.52** |
| | (Report also on Summary of Schedules) | |

B6C (Official Form 6C) (12/07)

In re  Roger Lee Alderman,  
      Melissa Dianne Alderman  
                                Debtors

Case No _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
☐ 11 U.S.C. §522(b)(2)  
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>homestead; single family home located at 1410 NE 38th Street, Ocala, FL | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01, 222.02, 222.05 | 0.00 | 140,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>Suntrust<br>203 E. Silver Springs Blvd<br>Ocala, FL 34470<br>#0072001759922<br>savings - 40.15<br>checking - 349.77 | Fla. Stat. Ann. § 222.11(2)(a) | 389.92 | 389.92 |
| **Household Goods and Furnishings**<br>LIVING ROOM<br>SOFA/COUCHES - 50<br>CHAIRS - 2- 50<br>END TABLES - 5<br>STEREO - 45<br>KITCHEN<br>DISHES/GLASSES - 20<br>POTS/PANS - 22<br>MICROWAVE - 50<br>TOASTER - 50<br>REFRIGERATOR - 50<br>FREEZER - 150<br>COFFEE MAKER - 5<br>STOVE - 40<br>BLENDER - 5<br>FORMAL DINING<br>TABLE - 200<br>CHAIRS - 6 - 300<br>CHINA CABINET/HUTCH - 75<br>BEDROOMS<br>BEDS - 3 - 30<br>CHEST OF DRAWERS - 3 - 45<br>NIGHT TABLE - 2 -3<br>LAMPS - 2 - 40<br>SPARE ROOMS<br>WASHER - 50<br>DRYER - 50<br>TOOLS/YARD EQUIP<br>LAWNMOWER - 50<br>GRILL - 100<br>MISCELLANEOUS<br>SEWING MACHINE - 50 | Fla. Const. art. X, § 4(a)(2) | 1,535.00 | 1,535.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>kid's books, family pictures | Fla. Const. art. X, § 4(a)(2) | 30.00 | 30.00 |
| **Wearing Apparel**<br>misc clothing | Fla. Const. art. X, § 4(a)(2) | 150.00 | 150.00 |

   __1__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re   Roger Lee Alderman,  
       Melissa Dianne Alderman

Case No _____

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1999 Saturn Wagon | Fla. Stat. Ann. § 222.25(1) | 500.00 | 500.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| 2 desks | Fla. Const. art. X, § 4(a)(2) | 85.00 | 500.00 |
| computer | Fla. Stat. Ann § 222.25(4) | 415.00 | |
| 2 printers | | | |
| **Animals** | | | |
| 1 daschund | Fla. Const. art. X, § 4(a)(2) | 200.00 | 200.00 |

Total: 3,304.92    143,304.92

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6I (Official Form 6I) (12/07)

In re   **Roger Lee Alderman**
     **Melissa Dianne Alderman**                                      Case No
                                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE ||
|---|---|---|
| Married | RELATIONSHIP(S): Son | AGE(S): 14 years |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | driver | nanny |
| Name of Employer | WEL Companies | Michael & Mary Crews |
| How long employed | 6 mnths | 2yrs 8 months |
| Address of Employer | PO Box 5610<br>De Pere, WI 54115 | 514 SE 22nd Ave<br>Ocala, FL 34471 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 2,146.00 | $ 1,200.00 |
| 2  Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3  SUBTOTAL | $ 2,146.00 | $ 1,200.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a  Payroll taxes and social security | $ 308.56 | $ 240.00 |
|   b  Insurance | $ 490.00 | $ 0.00 |
|   c  Union dues | $ 0.00 | $ 0.00 |
|   d  Other (Specify):  paid help/for unloading trucks | $ 300.00 | $ 0.00 |
|                            damaged goods | $ 63.14 | $ 0.00 |
| 5  SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,161.70 | $ 240.00 |
| 6  TOTAL NET MONTHLY TAKE HOME PAY | $ 984.30 | $ 960.00 |
| 7  Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8  Income from real property | $ 0.00 | $ 0.00 |
| 9  Interest and dividends | $ 0.00 | $ 0.00 |
| 10  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11  Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
|   | $ 0.00 | $ 0.00 |
| 12  Pension or retirement income | $ 0.00 | $ 0.00 |
| 13  Other monthly income (Specify): | $ 0.00 | $ 0.00 |
|   | $ 0.00 | $ 0.00 |
| 14  SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15  AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 984.30 | $ 960.00 |
| 16  COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 1,944.30 ||

(Report also on Summary of Schedules and if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Debtors pay is averaged on a monthly basis, debtor wife's pay may go down because the kids she takes care of started school**

B6J (Official Form 6J) (12/07)

In re  **Roger Lee Alderman**
       **Melissa Dianne Alderman**                                          Case No _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1  Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
|    a. Are real estate taxes included? | Yes _X_  No ___ | |
|    b. Is property insurance included? | Yes _X_  No ___ | |
| 2. Utilities:  a. Electricity and heating fuel | | $ 250.00 |
|               b. Water and sewer | | $ 22.00 |
|               c. Telephone | | $ 103.00 |
|               d. Other  **See Detailed Expense Attachment** | | $ 155.00 |
| 3  Home maintenance (repairs and upkeep) | | $ 30.00 |
| 4  Food | | $ 400.00 |
| 5  Clothing | | $ 40.00 |
| 6  Laundry and dry cleaning | | $ 60.00 |
| 7. Medical and dental expenses | | $ 100.00 |
| 8. Transportation (not including car payments) | | $ 280.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10  Charitable contributions | | $ 500.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|         a. Homeowner's or renter's | | $ 81.75 |
|         b. Life | | $ 0.00 |
|         c. Health | | $ 0.00 |
|         d. Auto | | $ 297.67 |
|         e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|         (Specify) _____ | | $ 0.00 |
| 13  Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|         a. Auto | | $ 0.00 |
|         b. Other _____ | | $ 0.00 |
|         c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16  Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17  Other _____ | | $ 0.00 |
|     Other _____ | | $ 0.00 |
| 18  AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 2,319.42 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 1,944.30 |
| b. Average monthly expenses from Line 18 above | $ 2,319.42 |
| c. Monthly net income (a minus b.) | $ -375.12 |

B6J (Official Form 6J) (12/07)

In re    Roger Lee Alderman
       Melissa Dianne Alderman                                                   Case No _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| pest control | $ 25.00 |
| cell phone | $ 130.00 |
| **Total Other Utility Expenditures** | $ 155.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# United States Bankruptcy Court
## Middle District of Florida - Jacksonville Division

In re: **Roger Lee Alderman, Melissa Dianne Alderman**
Debtor(s)

Case No  
Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **23** sheets, and that they are true and correct to the best of my knowledge, information, and belief

Date **September 23, 2009**   Signature **/s/ Roger Lee Alderman**
**Roger Lee Alderman**
Debtor

Date **September 23, 2009**   Signature **/s/ Melissa Dianne Alderman**
**Melissa Dianne Alderman**
Joint Debtor

*Penalty for making a false statement or concealing property.* Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C §§ 152 and 3571

# United States Bankruptcy Court
## Middle District of Florida - Jacksonville Division

In re  Roger Lee Alderman
**Melissa Dianne Alderman**
Debtor(s)

Case No
Chapter  7

# STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor Spouses filing a joint petition may file a single statement on which the information for both spouses is combined If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A B , a minor child, by John Doe guardian " Do not disclose the child's name  See, 11 U S C § 112; Fed R Bankr P 1007(m)

Questions 1 - 18 are to be completed by all debtors Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25 **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known) and the number of the question

### DEFINITIONS

*"In business "* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business or other activity, other than as an employee, to supplement income from the debtor's primary employment

*"Insider "* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor 11 U S C § 101

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced State also the gross amounts received during the **two years** immediately preceding this calendar year (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year ) If a joint petition is filed, state income for each spouse separately (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE |
|---|---|
| $18,000.00 | 2009-H-Wel Companies |
| $9,988.29 | 2009-H-Cheney Brothers |
| $232.00 | 2009-H-Margie Wood Trucking |
| $10,800.00 | 2009-W-Michael & Amy Crews |
| $53,699.00 | 2008-H-Cheney Brothers |
| $14,400.00 | 2008-W-Michael & Amy Crews |
| $31,508.00 | 2007-H-Hill's Van Service |
| $11,980.00 | 2007-W-Michael & Amy Crews |

Software Copyright (c) 1996-2009 Best Case Solutions Inc - Evanston IL - (800) 492-8037   Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida - Jacksonville Division

In re: Roger Lee Alderman / Melissa Dianne Alderman, Debtor(s)

Case No: _____
Chapter: 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U S C § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 345.00 |
   | Prior to the filing of this statement I have received | $ 345.00 |
   | Balance Due | $ 0.00 |

2. $ **26.00** of the filing fee has been paid

3. The source of the compensation paid to me was:
   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:
   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. [Other provisions as needed]
   **Substitute counsel Friedline & McConnell may stand-in at 341 meeting for a charge of $50, debtor may have paid $40 for a unified credit report, attorney does not earn a profit from ordering the report.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding or contested matter**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **September 23, 2009**

/s/ Michael D. Bruckman, Esq.
Michael D. Bruckman, Esq. #0074410
Michael D. Bruckman, P.A. - Ocala
1515 E. Silver Springs Blvd., #100
Ocala, FL 34470
352-622-3525  Fax: 352-622-4181
bankrup_see@msn.com