**FORM B9C** (Chapter 7 Individual or Joint Debtor Asset Case) (12/07)　　　　　　　　　　　　　　　　Case Number **3:07−bk−03637−JAF**

# UNITED STATES BANKRUPTCY COURT
Middle District of Florida

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on August 24, 2007 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Roger Lee Alderman<br>1410 NE 38th Street<br>Ocala, FL 34479 | Melissa Dianne Alderman<br>1410 Ne 38th Street<br>Ocala, FL 34479 |
| Case Number:<br>3:07−bk−03637−JAF | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−9406<br>xxx−xx−6918 |
| Attorney for Debtor(s) (name and address):<br>Michael D. Bruckman<br>Michael D. Bruckman, P.A. – Ocala<br>1515 E Silver Springs Blvd #100<br>Ocala, FL 34470<br>Telephone number: 352−622−3525 | Bankruptcy Trustee (name and address):<br>Douglas W. Neway<br>P O Box 4308<br>Jacksonville, FL 32201<br>Telephone number: 904−358−6465 |

### Meeting of Creditors
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones into the Courthouse.

Date: **October 15, 2009**　　　　　　　　　　　　　　　　　　　　Time: **01:00 PM**
Location: **FIRST FLOOR, 300 North Hogan St. Suite 1−200, Jacksonville, FL 32202**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

| **Deadline to File a Proof of Claim:** | |
|---|---|
| For all creditors (except a governmental unit): **January 13, 2010** | For a governmental unit: **180 days from the date of filing** |

**Creditor with a Foreign Address**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: December 14, 2009**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>300 North Hogan Street Suite 3−350<br>Jacksonville, FL 32202<br>Telephone number: 904−301−6490 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: September 24, 2009 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

## EXPLANATIONS

FORM B9C (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline.<br><br>** Individual debtors in Chapter 7 cases must complete an instructional course in personal financial management in order to receive a discharge under chapter 7. A statement regarding completion of the course must be filed within 45 days after the first date set for the meeting of creditors. Failure to timely file the statement may result in the case being closed without entry of the discharge of debts. If the case is closed without the entry of a discharge, the debtor must file a motion to reopen, with the appropriate filing fee, in order to file the statement and obtain a discharge of debts. ** **Applies to cases filed on or after October 17, 2005**. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| | –– Refer to Other Side for Important Deadlines and Notices –– |
| Voice Case Info. System (VCIS) | For use with a touch–tone phone only; using the dial pad VCIS will provide the caller with basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. VCIS is accessible 24 hours a day except when routine maintenance is performed. To access VCIS toll free call 1–866–879–1286. |

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Middle District of Florida | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Roger Lee Alderman<br>Melissa Dianne Alderman | Case Number:    3:07-03637-JAF |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**    $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
   (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:**   ☐ Real Estate     ☐ Motor Vehicle     ☐ Other
   **Describe:**

   **Value of Property:** $_____   **Annual Interest Rate**___%

   **Amount of arrearage and other charges as of time case filed included in secured claim,**

   **if any:** $_____   **Basis for perfection:** _____

   **Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (12/08) - Cont.**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 113A-3          User: pcathy                Page 1 of 2                   Date Rcvd: Sep 24, 2009
Case: 07-03637                Form ID: B9C                Total Noticed: 54


The following entities were noticed by first class mail on Sep 26, 2009.
db/jdb       +Roger Lee Alderman,   Melissa Dianne Alderman,   1410 NE 38th Street,   Ocala, FL 34479-2451
aty          +Becket & Lee LLP,   Alane Ann Becket,   16 General Warren Blvd.,   P. O. Box 3001,
               Malvern, PA 19355-0701
aty          +Brad W. Hissing,   Kass Shuler Solomon Spector Foyle et al,   PO Box 800,   Tampa, FL 33601-0800
aty          +Mark S. Kessler,   331 East Union Street,   Jacksonville, FL 32202-2787
aty          +Michael D. Bruckman,   Michael D. Bruckman, P.A. - Ocala,   1515 E Silver Springs Blvd #100,
               Ocala, FL 34470-6814
aty           Nancy K Swift,   Buchalter Nemer,   16435 N. Scottsdale Rd Suite 440,
               Scottsdale, AZ 85254-1754
aty          +Scott R Weiss,   Law Office of Marshall C. Watson, P.A.,   1800 NW 49th Street,   Suite 120,
               Ft. Lauderdale, FL 33309-3092
aty           William M. Golson,   Golson Felberbaum, PLLC,   1230 South Myrtle Avenue, Suite 105,
               Clearwater, FL 33756-3445
cr           +AMC Mortgage Services Inc,   c/o buchalternemer,   16435 N. Scottsdale Rd. Suite 440,
               Scottsdale, az 85254-1754
cr           +Citi Residential Lending Inc,   Law Office of Marshall C. Watson, PA,
               1800 NW 49th Street, Suite 120,   Fort Lauderdale, FL 33309-3092
cr           +Citi Residential Lending, Inc.,   c/o Buchalter Nemer,   18400 Von Karman Avenue,   Suite 800,
               Irvine, CA 92612-0514
cr           +Citi Residential Lending, Inc. as Loan Servicer fo,   Attn: Jerrold Golson, Esq.,
               1230 South Myrtle Ave., Ste 105,   Clearwater, FL 33756-3445
cr           +Citi Residential Lending, Inc., as Servicer,   c/o BuchalterNemer,   16435 N. Scottsdale Road,
               Suite 440,    Scottsdale, AZ 85254-1754
cr           +PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
13765793     +ADT Security Services,   7125 Pollock Drive,   Las Vegas, NV 89119-4415
13846094     +AMC -Ameriquest Mortgage Services, Inc.,   P.O. Box 769,   Orange, CA 92856-6769
13765794     +AMC Mortgage Service,   PO Box 5926,   Carol Stream, IL 60197-5926
13765796     +Bank of America,   PO Box 15726,   Wilmington, DE 19886-5726
14409473     +Citi Residential Lending, Inc.,   P.O. Box 769,   Orange, CA 92856-6769
13832623     +CitiFinancial Auto, Ltd.,   P.O. Box 9578,   Coppell, TX 75019-9513
14931879     +CitiFinancial Auto, Ltd.,   P.O. Box 182287,   Columbus, OH 43218-2287
13765797     +Dell Financial Services,   PO Box 81577,   Austin, TX 78708-1577
13864102      Dell Financial Services, LP,   c/o Resurgent Capital Services,   P.O. Box 10390,
               Greenville, SC 29603-0390
15941078     +Deutsche Bank National Trust Company, as Trustee,   c/o American Home Mortgage Servicing, I,
               PO Box 631730,   Irving, TX 75063-0002
13765798     +Direct Rewards,   PO Box 21055,   Tulsa, OK 74121-1055
16962985     +Douglas Neway,   PO Box 4308,   Jacksonville, FL 32201-4308
13765799     +Embarq,   8400 Innovation Way,   Chicago, IL 60682-0084
13843993     +FIA Card Services, N. A.,   Attn: Mr. M-BK,   1000 Samoset Drive,   DE5-023-03-03,
               Newark, DE 19713-6000
13775872      FL Dept. of Revenue,   Bankruptcy Unit,   P.O. Box 6668,   Tallahassee, FL 32314-6668
13765800     +Florida Dept of Revenue,   5050 West Tennessee St,   Tallahassee, FL 32399-0100
13765802     +HFC,   PO Box 1547,   Chesapeake, VA 23327-1547
13765801      HFC,   2611 SW 19th Road,   Ocala, FL 34474
14011353      HSBC Bank Nevada NA / HSBC Card Services III,   by eCAST Settlement Corporation,   as its agent,
               POB 35480,   Newark NJ 07193-5480
13765803     +HSBC Nevada NA,   1111 Town Center Drive,   Las Vegas, NV 89144-6364
13923880      Household Finance Coproration,   by eCAST Settlement Corporation,   as its agent,   POB 35480,
               Newark NJ 07193-5480
13765792    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,   Special Proc. Staff Stop 5720,
               400 W. Bay St., Ste. 35045,   Jacksonville, FL 32202-4437)
13765804     +Lisa Fried Greenberg,   841 Merrick Rd,   Baldwin, NY 11510-3331
13765805     +MAF Collection Svcs,   PO Box 4115,   Concord, CA 94524-4115
13765806      Medical Imaging Center,   PO Box 6200,   Ocala, FL 34478-6200
13765807     +Ocala Medical/Ocala GYN,   1500 SE 17th St., Bld 200,   Ocala, FL 34471-4621
13765808     +Ocala Regional Hosp,   1431 SW 1st Avenue,   Ocala, FL 34471-6558
14058758     +Ocala Regional Medical Center,   c/o HCA PAS Orange Park,   P. O. Box 1629,
               Orange Park, FL 32067-1629
15347416     +Portfolio Recovery Associates LLC,   PO Box 41067,   Norfolk, VA 23541-1067
13775875      Tax Collector, Marion County,   P.O. Box 970,   Ocala, FL 34478-0970
13775873     +United States Attorney,   300 North Hogan St Suite 700,   Jacksonville, FL 32202-4204
13765809      Wells Fargo Financial,   PO Box 10443,   DesMoines, IA 50306-0443
13785364     +Wells Fargo Financial Bank,   Attn Payment Processing,   PO Box 14487,   Des Moines IA 50306-3487
13797554     +Wells Fargo Financial Florida, Inc,   4137 121st Street,   Urbandale IA 50323-2310
13765810      West Asset Mngmt, inc.,   PO Box 1420,   Sherman, TX 75091-1420
14168158      eCAST Settlement Corporation,   POB 35480,   Newark NJ 07193-5480
13993617      eCAST Settlement Corporation assignee of,   HSBC Bank NA/Direct Merchants,   Credit Card Bank NA,
               POB 35480,   Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Sep 25, 2009.
tr           +E-mail/Text: COURT@CH13JAXFL.COM                            Douglas W. Neway,   P O Box 4308,
               Jacksonville, FL 32201-4308
ust          +E-mail/Text: ustp.region21.or.ecf@usdoj.gov
               United States Trustee - JAX7, 7,   135 W Central Blvd Suite 620,   Orlando, FL 32801-2440
13765795     +E-mail/PDF: CBP@AGFINANCE.COM Sep 25 2009 00:13:45     American General Finance INC,
               200 N.E. 25th Ave.,   Ocala, FL 34470-7099
                                                                                              TOTAL: 3
```

```
District/off: 113A-3          User: pcathy            Page 2 of 2                 Date Rcvd: Sep 24, 2009
Case: 07-03637                Form ID: B9C            Total Noticed: 54

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              American Home Mortgage Servicing, Inc.
cr              Citifinancial Auto Corporation
cr*             eCAST Settlement Corporation,   POB 35480,    Newark, NJ  07193-5480
14299684*       eCAST Settlement Corporation,   POB 35480,    Newark NJ 07193-5480
15041430*       eCAST Settlement Corporation,   POB 35480,    Newark NJ 07193-5480
                                                                                         TOTALS: 2, * 3
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 26, 2009**                    **Signature:** _Joseph Speetjens_