UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                      Chapter 7
                                            Case No. 3:07-bk-03637-JAF
Roger Lee Alderman and
Melissa Dianne Alderman

    Debtor(s).
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Steven G. Powrozek, Esq., hereby gives notice of appearance in this cause as Counsel for Creditor, Deutsche Bank National Trust Company, as Trustee in Trust for the Benefit of the Certificateholders for Ameriquest Mortgage Securities Trust 2006-R1, Asset-Backed Pass-Through Certificates, Series 2006-R1.

The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by CM/ECF transmission or standard first class mail on this 15th day of October, 2009 to the following:

Roger Lee Alderman, 1410 Northeast 38th Street, Ocala, FL 34479
Melissa Dianne Alderman, 1410 Northeast 38th Street, Ocala, FL 34479
Michael D. Bruckman, 1515 East Silver Springs Boulevard #100, Ocala, FL 34470
Aaron R. Cohen, P.O. Box 4218, Jacksonville, FL 32201
United States Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801

                           /s/ Steven G. Powrozek
                           Steven G. Powrozek
                           FL Bar # 0316120
                           SHAPIRO & FISHMAN, LLP
                           Attorney for Secured Creditor
                           10004 N. Dale Mabry Highway, Suite 112
                           Tampa, FL  33618
                           Telephone: (813) 367-5813
                           Fax: (813) 880-8800
                           E-mail: spowrozek@logs.com

09-154187