UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Roger Lee Alderman
Melissa Dianne Alderman

Debtor(s).

Case No. 3:07-bk-03637-JAF
Chapter 7

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
### (DE# 72)

**THIS CASE** came before the Court on the Motion for Automatic Stay filed by Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificateholders for Ameriquest Mortgage Securities Trust 2006-R1, Asset-Backed Pass-Through Certificates, Series 2006-R1 (Movant) on October 21, 2009. No appropriate response having been filed in accordance with Local Rule 2002-4, it is:

**ORDERED:**

1. The Motion for Relief from the Automatic Stay is granted.

2. The Automatic Stay imposed by 11 U.S.C. §362 is lifted as to Movant and it may proceed with the foreclosure of its lien as to the following real property:

ALL THAT CERTAIN PARCEL OF LAND LYING AND BEING IN THE COUNTY OF MARION AND STATE OF FLORIDA, MORE PARTICULARLY DESCRIBED AS FOLLOWS, TO WIT: LOT 4, BLOCK A, OF AN UNRECORDED SUBDIVISION FOR FLOYD CLARK IN THE NORTH 1/2 OF THE NW 1/4 OF THE SW 1/4 OF SECTION 33, TOWNSHIP 14 SOUTH, RANGE 22 EAST, COMMENCING AT THE NW CORNER OF THE NORTH 1/2 OF THE NW 1/4 OF THE SW 1/4 OF THE SW 1/4 OF SECTION 33, TOWNSHIP 14 SOUTH, RANGE 22 EAST THENCE NORTH 89 DEGREES 57 MINUTES 20 SECONDS EAST ALONG THE NORTH

BOUNDARY THEREOF A DISTANCE OF 120.0 FEET, THENCE SOUTH 25.0 FEET TO A POINT ON THE SOUTH RIGHT OF WAY LINE OF NE 38TH STREET (50 FEET WIDE) SAID POINT BEING THE POINT OF BEGINNING FOR THE FOLLOWING DESCRIPTION: FROM THE POINT OF BEGINNING THUS DESCRIBED CONTINUE SOUTH 137.76 FEET, THENCE NORTH 89 DEGREES 57 MINUTES 20 SECONDS EAST, 85.0 FEET, THENCE NORTH 137.76 FEET TO THE AFORESAID SOUTH RIGHT OF WAY LINE OF NE 38TH STREET, THENCE S. 89 DEGREES 57 MINUTES 20 SECONDS WEST, ALONG SAID SOUTH RIGHT OF WAY LINE 85.00 FEET TO THE POINT OF BEGINNING.

Property address: 1410 North East 38th Street, Ocala, FL 34479

3. The Automatic Stay is lifted for the sole purpose of allowing Movant to obtain an in rem judgment against the property and Movant shall not seek an in personam judgment against the debtor(s).

**DATED** this 6 day of November, 2009 at Jacksonville Division, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies furnished:

Steve G. Powrozek, 10004 N. Dale Mabry Hwy, Suite 112, Tampa, FL 33618
Roger Lee Alderman, 1410 Northeast 38th Street, Ocala, FL 34479
Melissa Dianne Alderman, 1410 Northeast 38th Street, Ocala, FL 34479
Michael D. Bruckman, 1515 East Silver Springs Boulevard #100, Ocala, FL 34470
Aaron R. Cohen, P.O. Box 4218, Jacksonville, FL 32201
United States Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801

09-154187